NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANIEL R. SMITH,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7092

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-2308, Judge Robert N. Davis.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Daniel R. Smith's unopposed motion to withdraw his appeal,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

2                                          SMITH v. SHINSEKI

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21


ISSUED AS A MANDATE: March 7, 2014